UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-04876-FWS (Ex) | Date | September 22, 2023 |
|---|---|---|---|
| Title | Stephen Yang v. Thewill Media Company Inc. | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Melissa H. Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This action was filed on June 21, 2023.   On September 11, 2023, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before September 18, 2023, why this action should not be dismissed for lack of prosecution [12]. Plaintiff has failed to respond to the Court's Order.   Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The court hereby orders all proceedings in the case vacated and taken off calendar.

The Court's Order to Show Cause is hereby DISCHARGED.

\_\_\_\_\_ : \_\_\_\_\_

Initials of Deputy Clerk    mku